## No. 11-459. Prime Healthcare Services Los Angeles, LLC, Petitioner v. Brotman Medical Center, Inc.

565 U.S. 1156, 132 S. Ct. 1095, 181 L. Ed. 2d 978, 2012 U.S. LEXIS 812.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 442 Fed. Appx. 317.

---

## No. 11-502. Blue Mountain School District, et al., Petitioners v. J. S., a Minor, Through Her Parents, Terry Snyder and Steven Snyder, et al.

565 U.S. 1156, 132 S. Ct. 1097, 181 L. Ed. 2d 978, 2012 U.S. LEXIS 726.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 650 F.3d 915.

---

## No. 11-546. Forsyth County, North Carolina, Petitioner v. Janet Joyner, et al.

565 U.S. 1157, 132 S. Ct. 1097, 181 L. Ed. 2d 978, 2012 U.S. LEXIS 893.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 653 F.3d 341.

---

## No. 11-557. Richard G. Renzi, Petitioner v. United States.

565 U.S. 1157, 132 S. Ct. 1097, 181 L. Ed. 2d 978, 2012 U.S. LEXIS 852.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 651 F.3d 1012.

---

## No. 11-558. Bud Lee, et al., Petitioners v. Metropolitan Government of Nashville and Davidson County, Tennessee, et al.

565 U.S. 1157, 132 S. Ct. 1135, 181 L. Ed. 2d 978, 2012 U.S. LEXIS 816.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 432 Fed. Appx. 435.

---

## No. 11-569. Indian River School District, et al., Petitioners v. Jane Doe and John Doe, Individually and as Parents and Next Friends of Jordon Doe and Jamie Doe.

565 U.S. 1157, 132 S. Ct. 1097, 181 L. Ed. 2d 978, 2012 U.S. LEXIS 768.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 653 F.3d 256.

---

## No. 11-573. K2 America Corporation, Petitioner v. Roland Oil & Gas, LLC.

565 U.S. 1157, 132 S. Ct. 1098, 181 L. Ed. 2d 978, 2012 U.S. LEXIS 756.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 653 F.3d 1024.